UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JODY E. TYVELA,

        Plaintiff,                              Case No. 1:19-cv-11196

v.                                              Honorable Thomas L. Ludington
                                                 United States District Judge
CITY OF BAY CITY and CITY OF BAY CITY
DOWNTOWN DEVELOPMENT AUTHORITY,        Honorable Patricia T. Morris
                                                 United States Magistrate Judge
        Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ORDERING ENFORCEMENT OF SETTLEMENT AGREEMENT, AND DIRECTING DEFENDANTS TO SIGN SETTLEMENT AGREEMENT AS DRAFTED BY PLAINTIFF'S COUNSEL AND TO TENDER AGREED SETTLEMENT AMOUNT**

On November 2, 2022, Magistrate Judge Patricia T. Morris issued a report and recommendation (R&R) for the undersigned to issue an order enforcing the parties' settlement agreement, to direct Defendants to sign the agreement as drafted by Plaintiff's counsel, and to direct Defendants to tender the agreed-upon settlement proceeds. ECF No. 112 at PageID.1548.

Although the R&R states that parties could object to and seek review of the R&R within 14 days of service, no objections were filed. Because no party filed objections, they all have waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 112, is **ADOPTED**.

Further, it is **ORDERED** that the Settlement Agreement, ECF No. 97, is **ENFORCED**.

Further, it is **ORDERED** that Defendants are **DIRECTED** to sign the Settlement Agreement as drafted by Plaintiff's counsel, ECF No. 102 at PageID.1437–40, and to tender the Agreement to Plaintiff's counsel **on or before November 30, 2022**.

Further, it is **ORDERED** that Defendants are **DIRECTED** to tender the agreed-upon settlement amount to Plaintiff according to the Settlement Agreement, ECF No. 102 at PageID.1437–40, **on or before December 7, 2022**.

**This is not a final order and does not close the case**.

Dated: November 21, 2022          <u>s/Thomas L. Ludington</u>
THOMAS L. LUDINGTON
United States District Judge