UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JODY E. TYVELA,

       Plaintiffs,

v.

CITY OF BAY CITY and
CITY OF BAY CITY DOWNTOWN
DEVELOPMENT AUTHORITY,

       Defendants.

Case No. 19-cv-11196
Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

---

| | |
|---|---|
| PHILIP L. ELLISON (P74117)<br>Outside Legal Counsel, PLC<br>Co-Counsel for Plaintiff<br>PO BOX 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Defendant Bay City<br>19176 Hall Road, Suite 220<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com |
| MATTHEW E. GRONDA (P73693)<br>Co-Counsel for Plaintiff<br>PO BOX 70<br>St. Charles, MI 48655<br>(989) 249-0350<br>matthewgronda@gmail.com | GREGORY M. MEIHN (P38939)<br>MELINDA A. BALIAN (P55744)<br>MATTHEW T. WISE (P76794)<br>Gordon Reese Scully Mansukhani, LLP<br>Attorneys for City of Bay City DDA<br>37000 Woodward Avenue, Suite 225<br>Bloomfield Hills, MI  48304<br>(313) 756-6428<br>gmeihn@grsm.com<br>mbalian@grsm.com<br>mwise@grsm.com |

**STIPULATION TO ORDER OF DISMISSAL**

The parties hereto, by and through, their respective counsel of record hereby

stipulate to entry of the attached Order dismissing this litigation with prejudice and

without costs to any party.

/s/ Philip L. Ellison
PHILIP L. ELLISON (P74117)
Outside Legal Counsel, PLC
Co-Counsel for Plaintiffs

/s/ Timothy S. Ferrand
TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Defendant Bay City

/s/ Matthew E. Gronda
MATTHEW E. GRONDA (P73693)
Co-Counsel for Plaintiffs

/s/ Melinda A. Balian
GREGORY M. MEIHN (P38939)
MELINDA A. BALIAN (P55744)
MATTHEW T. WISE (P76794)
Gordon Reese Scully Mansukhani, LLP
Attorneys for City of Bay City DDA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JODY E. TYVELA,

                Plaintiff,                          Case No. 1:19-cv-11196

v.                                          Honorable Thomas L. Ludington
                                          United States District Judge

CITY OF BAY CITY and CITY OF BAY CITY
DOWNTOWN DEVELOPMENT AUTHORITY,      Honorable Patricia T. Morris
                                          United States Magistrate Judge

                Defendants.
_____/

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

This matter having come before this Court on stipulation and agreement by and between the parties through their respective counsel of record:

It is **ORDERED** that the Plaintiff's Complaint, ECF No. 63, is **DISMISSED WITH PREJUDICE** and without costs to any party.

**This is a final order and closes the above-captioned case.**

Dated: December 9, 2022                    s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge